UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                       Case Nos.:  3:17cr77/MCR/EMT
                                                              3:19cv3285/MCR/EMT

STERLING RANDAL KEEFER

_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on October 21, 2021 (ECF No. 69). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation (ECF No. 69) is adopted and incorporated by reference in this order.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 2nd day of December 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**